**UNITED STATES BANKRUPTCY COURT**

For The Northern District of Georgia

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Virginia Marie Jack**<br>290 MLK Jr Drive SE<br>Apt 3030<br>Atlanta, GA 30312 | : Case No.: **21−53732−jwc**<br>: Judge: **Jeffery W. Cavender**<br>: Chapter: **7** |
| | **xxx−xx−8572** | |

**Clerk's Notice Re: United States Trustee's Statement of Insufficient Information
<u>Necessary to Make Presumption of Abuse Determination</u>**

You are hereby notified that:

The United States Trustee has determined that the debtor has not filed nor transmitted all of the required means testing documents and that without these documents, the United States Trustee cannot make a determination as to whether debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:  June 22, 2021

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 404