IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>VIRGINIA MARIE JACK,<br><br>        DEBTORS.<br>_____<br>TOGETHER CREDIT UNION,<br><br>        MOVANT,<br>V.<br><br>VIRGINIA MARIE JACK, DEBTOR,<br>JORDAN E. LUBIN, TRUSTEE<br><br>        RESPONDENTS. | CASE NO. 21-53732-JWC<br><br>CHAPTER: 7<br><br>JUDGE: JUDGE JEFFERY W. CAVENDER<br><br>CONTESTED MATTER |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a motion for relief from the automatic stay has been filed in the above-styled case by Movant. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. § 362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. **The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise**

**Hearing will be held on the 17th day of August, 2021, at 10:30 am, Courtroom 1203, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303..**

Given the current public health crisis, hearings may be telephonic only. Please check the **"Important Information Regarding Court Operations During COVID-19 Outbreak"** tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Within three days of the date of this notice, Movant's attorney, or a pro se Movant, shall serve the motion and this notice upon the debtors, trustee, and their attorneys of record, and shall file a certificate of service within three days of service. BLR 9007-2 NDGA.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you

may wish to consult one.  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleadings with the Clerk of Court at the address below, with a copy to the Movant and the Trustee, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and to whom you served the response, and include the addresses.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  You must also mail a copy of your response to the undersigned at the address stated below:

Clerk's address – United States Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, **Atlanta**, GA 30303.

If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(6).


DATE: 07/26/2021                                  */s/ Julian T. Cotton*
                                                  Julian T. Cotton, GBN 823134
                                                  Padgett Law Group
                                                  5501 LBJ Freeway, Suite 925
                                                  Dallas, Texas 75240
                                                  (850) 422-2520
                                                  Julian.Cotton@padgettlawgroup.com
                                                  *Attorney for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>VIRGINIA MARIE JACK,<br><br>DEBTORS.<br><br>TOGETHER CREDIT UNION,<br><br>           MOVANT,<br>V.<br><br>VIRGINIA MARIE JACK, DEBTOR,<br>JORDAN E. LUBIN, TRUSTEE<br><br>           RESPONDENTS. | CASE NO. 21-53732-JWC<br><br>CHAPTER: 7<br><br>JUDGE: JUDGE JEFFERY W. CAVENDER<br><br>CONTESTED MATTER |

CERTIFICATE OF SERVICE

      I, the undersigned, an attorney with Padgett Law Group, certify that I am, and at all times hereinafter mentioned was more than 18 years of age; and

      That on the 26th day of July, 2021, I served a copy of the within *Notice of Hearing* of *Motion to Modify Automatic Stay as to Debtors and Waiver of the 30-Day Requirement of 11 U.S.C. § 362(e)*, filed herein, by first class U.S. Mail with adequate prepaid postage, or electronically via e-mail, to said respondents in this bankruptcy matter as follows:

**By U.S. First Class Mail**

*Debtor*
Virginia Marie Jack
290 MLK Jr Drive SE, Apt 3030
Atlanta, GA 30312

**By Electronic Service**

*Attorney*
Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328

*Trustee*
Jordan E. Lubin
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed On: 07/26/2021                               By: */s/ Julian T. Cotton*
                                                                                                     Julian T. Cotton, GBN 823134